UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>ROSENDO PERALTA-REYES,<br><br>               Defendant. | CASE NO. 19-275 BAT<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with illegal reentry after deportation. In considering detention or release in this case, the Court puts aside the immigration detainer currently lodged against defendant. The Court agrees with the government that defendant is a flight risk. Defendant has a felony conviction for a drug offense and was given a three year sentence. After he completed the sentence, he was deported but returned to the United States on multiple occasions. He has two prior convictions regarding his improper reentry and has been removed after being convicted in each case. Defendant has exhibited a pattern of disregarding the law. The government made a

DETENTION ORDER - 1

proffer that it has a strong case against defendant. Given the fact defendant faces further incarceration and removal or deportation, defendant poses a flight risk and should be detained.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 26th day of June, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge